UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 18-cv-22227-FAM

SILVIA JANET BELTALMINO,
an individual,

       Plaintiff,

v.

DAIANA BAJUK, an individual, and
JAVIER MARKOWICZ, an individual,

       Defendant.

**MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT [D.E. 9]**

    Defendants, DAIANA BAJUK, and JAVIER MARKOWICZ, by and through their undersigned counsel hereby file this Motion for Enlargement of Time to Respond to Plaintiff's Amended Complaint [D.E. 9] and in support thereof state as follows:

    1.    Undersigned counsel was just retained by Defendants.

    2.    Defendants' response to Plaintiff's Amended Complaint is due tomorrow July 3, 2018.

    3.    Due to his recent retention undersigned counsel requires an enlargement of time of twenty (20) days through and including July 23, 2018.

    4.    This Motion for Enlargement of Time is filed in good faith and not for purposes of delay or for any other improper purpose.

WHEREFORE, Defendants, DAIANA BAJUK, and JAVIER MARKOWICZ respectfully request an enlargement of time, through and including July 23, 2018 to respond to Plaintiff's Amended Complaint [D.E. 9].

## CERTIFICATION OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that he requested Plaintiff's consent to the enlargement of time requested herein but Plaintiff's counsel did not respond.

          Respectfully submitted,

          THE BOBADILLA LAW FIRM
          Attorneys for Plaintiff
          20900 NE 30th Avenue, Suite 800
          Aventura, FL 33180
          Telephone: 786.446.8643
          Facsimile:  786.446.8641
          fernandob@bobadillafirm.com

          By:  */s/ D. Fernando Bobadilla, Esq.*
            D. Fernando Bobadilla, Esq.
            Fla. Bar No. 0136948

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          By:  *s/ D. Fernando Bobadilla*
            D. Fernando Bobadilla, Esq.

Case No. 18-cv-22227-FAM

## SERVICE LIST

J.H. Zidell, Esq.
J.B. Zidell, P.A.
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
E-mail: zabogado@aol.com