UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 18-cv-22227-FAM

SILVIA JANET BELTALMINO,
an individual,

       Plaintiff,

v.

DAIANA BAJUK, an individual, and
JAVIER MARKOWICZ, an individual,

       Defendant.

**DEFENDANTS' (1) MOTION FOR ENLARGEMENT OF TIME
TO FILE STATEMENT OF CLAIM AND (2) RESPONSE TO PLAINTIFF'S "NOTICE"
RE: DEFENDANT'S STATEMENT OF CLAIM [D.E. 16]**

    Defendants, DAIANA BAJUK, and JAVIER MARKOWICZ, by and through their undersigned counsel hereby file this Motion for Enlargement of Time to File Statement of Claim and (2) Response to Plaintiff's "Notice" Re: Defendants' Statement of Claim [D.E. 16] Respond to Plaintiff's Amended Complaint [D.E. 9] and in support thereof state as follows:

    1.    On June 8, 2018, prior to undersigned appearing in this action, this Court entered its Notice of Court Practices [D.E. 6] (the "Notice of Practice") setting forth deadlines for the parties to file respective Statements of Claim.

    2.    On June 19, 2018, however, Plaintiff amended her Complaint as of right prior to Defendants filing any response.

3. Because undersigned had just been retained, and while Defendants had not yet been served with the Amended Complaint, on July 2, 2018 Defendants – in an abundance of caution - moved for an enlargement of time to respond.

4. Plaintiff immediately filed an Opposition because Defendants had allegedly not conferred with Plaintiff prior to seeking enlargement.  See [D.E. 11].

5. On July 3, 2018, the Court granted Defendants the requested enlargement through July 23, 2018.  See [D.E. 14].

6. That day, July 3, 2018, Plaintiff served the Amended Complaint on Defendants. See [D.E. 15].  Accordingly, Defendants' deadline to respond would be July 24, 2018.

7. Due to Plaintiff's amendment and weeks' long delay in serving it, the existing deadlines would require Defendants to take factual position prior to the time they have to frame their responses to Plaintiff's claims.

8. Accordingly, Defendants require a brief enlargement of time through July 23, 2018 (the date this Court granted for responses to the Amended Complaint).

9. As a result of oversight, undersigned did not file this Motion yesterday as required.

10. Rather than contacting undersigned counsel regarding this deadline, Plaintiff instead filed a "Notice of Non-Compliance" [D.E. 16] which in reality is a Motion for Default Sanctions against Defendants.

11. Despite their prior protestations, Plaintiff's counsel did not attempt to confer with undersigned prior to the filing of Plaintiff's "Notice" – in reality motion for draconian default sanctions.

12. Plaintiff should take heed of the prohibition of engaging in vexatious litigation wasting judicial and party resources and sanctionable under 28 U.S.C. § 1927.[1]

13. This Motion for Enlargement of Time is filed in good faith and not for purposes of delay or for any other improper purpose.

WHEREFORE, Defendants, DAIANA BAJUK, and JAVIER MARKOWICZ respectfully request an enlargement of time, through and including July 23, 2018 to file their responsive Statements of Claim.

### CERTIFICATION OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that he requested Plaintiff's consent to the enlargement of time requested herein but Plaintiff's counsel refused to consent.

Respectfully submitted,

THE BOBADILLA LAW FIRM
Attorneys for Plaintiff
20900 NE 30th Avenue, Suite 800
Aventura, FL 33180
Telephone: 786.446.8643
Facsimile:  786.446.8641
fernandob@bobadillafirm.com

By: */s/ D. Fernando Bobadilla, Esq.*
    D. Fernando Bobadilla, Esq.
    Fla. Bar No. 0136948

---

[1] Section 1927 provides that an attorney "*who so multiplies the proceedings* in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct." 28 U.S.C. § 1927 (emphasis added).

Case No. 18-cv-22227-FAM

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/ D. Fernando Bobadilla*
D. Fernando Bobadilla, Esq.

## SERVICE LIST

J.H. Zidell, Esq.
J.B. Zidell, P.A.
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
E-mail: zabogado@aol.com