UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 18-cv-22227-FAM

SILVIA JANET BELTALMINO,
an individual,

       Plaintiff,

v.

DAIANA BAJUK, an individual, and
JAVIER MARKOWICZ, an individual,

       Defendant.

**DEFENDANTS' RESPONSE TO PAINTIFF'S STATEMENT OF CLAIM**

Defendants, DAIANA BAJUK and JAVIER MARKOWICZ ("Defendants"), by and through undersigned counsel, files this Response to Plaintiff's Statement of Claim as follows:

**Period Claimed: 5/29/16 - 12/31/16**
    Salary Paid per Week: $750
    Weeks: 30 rounded up (31 weeks - 1 week)
    Hours (worked per week): 59 hours
    Wage Paid per Hour: $12.71/hr.
    State Minimum Wage: $8.05/hr.
    Surplus Paid per Hour: $4.66/hr.
    Total Surplus Paid per Week: $274.94/week
    Value of Additional Benefits per Week (Meals, Lodging, Cell phone): $223.50/week
**Total Payment per Term = $22,500**
**Total Surplus Paid per Term: $4.66/hr. x 30 weeks x 59 hours = $8,248.20**
**Total Value of Additional Compensation = $6,705**
**Total Earnings per Term (including additional benefits) = $29,205**

Case No. 18-cv-22227-FAM

**Period Claimed: 1/1/17 – 12/31/17**
<u>Salary Paid per Week:</u> $750
<u>Weeks:</u> 51 rounded up (52 weeks - 1 week)
<u>Hours (worked per week):</u> 59 hours
<u>Wage Paid per Hour:</u> $12.71/hr.
<u>State Minimum Wage:</u> $8.10/hr.
<u>Surplus Paid per Hour:</u> $4.61/hr.
<u>Total Surplus Paid per Week:</u> $271.99/week
<u>Value of Additional Compensation per Week (Meals, Lodging, Cell phone):</u> $223.50/week
**Total Payment per Term = $38,250**
**Total Surplus Paid per Term: $4.61/hr. x 51 weeks x 59 hours = $13,871.49**
**Total Value of Additional Compensation = $11,398.50**
**Total Earnings per Term (including additional benefits) = $49,648.50**

**Period Claimed: 1/1/18 – 5/16/18**
<u>Salary Paid per Week:</u> $650
<u>Weeks:</u> 19
<u>Hours (worked per week):</u> 59 hours
<u>Wage Paid per Hour:</u> $11.01/hr.
<u>State Minimum Wage:</u> $8.25/hr.
<u>Surplus Paid per Hour:</u> $2.76/hr.
<u>Total Surplus Paid per Week:</u> $163.24/week
<u>Value of Additional Compensation per Week (Meals, Lodging, Cell phone):</u> $223.50/week
**Total Payment per Term = $12,350**
**Total Surplus Paid per Term: $2.76/hr. x 19 weeks x 59 hours = $3,093.96**
**Total Value of Additional Compensation = $4,246.50**
**Total Earnings per Term (including additional benefits) = $16,596.50**

**Grand Total Payments 5/29/16 – 5/16/18 = $73,100**

**Grand Total Earnings 5/29/16 – 5/16/18 = $95,450**

At no time did Plaintiff's compensation fall below the minimum wage.

Case No. 18-cv-22227-FAM

Respectfully submitted,

THE BOBADILLA LAW FIRM
Attorneys for Plaintiff
20900 NE 30th Avenue, Suite 800
Aventura, FL 33180
Telephone: 786.446.8643
Facsimile:  786.446.8641
fernandob@bobadillafirm.com

By:  /s/ D. Fernando Bobadilla, Esq.
 D. Fernando Bobadilla, Esq.
 Fla. Bar No. 0136948

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of July 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  s/ D. Fernando Bobadilla
 D. Fernando Bobadilla, Esq.

**SERVICE LIST**

J.H. Zidell, Esq.
J.B. Zidell, P.A.
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
E-mail: zabogado@aol.com