UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 18-cv-22227-FAM

SILVIA JANET BELTALMINO,
an individual,

       Plaintiff,

v.

DAIANA BAJUK, an individual, and
JAVIER MARKOWICZ, an individual,

       Defendant.

**DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS'
MOTION FOR PROTECTIVE ORDER [DE 24]**

Defendants, DAIANA BAJUK and JAVIER MARKOWICZ ("Defendants"), by and through undersigned counsel, files their Reply in Support of Defendants' Motion for Protective Order as follows:

As and for their Reply, Defendants rely on their Motion arguments and the written exchanges of counsel attached to the parties' papers, which are the best evidence of their content and meaning.  See [DE's 24-1 and 25-1].  This court should grant Defendants' Motion for Protective Order [DE 24].

Case No. 18-cv-22227-FAM

Respectfully submitted,

THE BOBADILLA LAW FIRM
Attorneys for Plaintiff
20900 NE 30th Avenue, Suite 800
Aventura, FL 33180
Telephone: 786.446.8643
Facsimile:  786.446.8641
fernandob@bobadillafirm.com

By:  */s/ D. Fernando Bobadilla, Esq.*
D. Fernando Bobadilla, Esq.
Fla. Bar No. 0136948

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13rd day of August 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  *s/ D. Fernando Bobadilla*
D. Fernando Bobadilla, Esq.

**SERVICE LIST**

J.H. Zidell, Esq.
Neil Tobak, Esq.
Rivkah Jaff, Esq.
J.B. Zidell, P.A.
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
E-mail: zabogado@aol.com