**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 18-cv-22227-FAM

SILVIA JANET BELTALMINO,
an individual,

       Plaintiff,

v.

DAIANA BAJUK, an individual, and
JAVIER MARKOWICZ, an individual,

       Defendant.

**DEFENDANTS' NOTICE OF WITHDRAWAL OF**
**MOTION FOR PROTECTIVE ORDER [DE 24]**

PLEASE TALE NOTICE that the parties having resolved their scheduling conflict Defendants, DAIANA BAJUK and JAVIER MARKOWICZ ("Defendants"), by and through undersigned counsel, hereby withdraw their pending Motion for Protective Order [DE 24] as moot.       Respectfully submitted,

       THE BOBADILLA LAW FIRM
       Attorneys for Plaintiff
       20900 NE 30th Avenue, Suite 800
       Aventura, FL 33180
       Telephone: 786.446.8643
       Facsimile: 786.446.8641
       fernandob@bobadillafirm.com

       By: */s/ D. Fernando Bobadilla, Esq.*
           D. Fernando Bobadilla, Esq.
           Fla. Bar No. 0136948

Case No. 18-cv-22227-FAM

## CERTIFICATE OF SERVICE

  I hereby certify that on this 20th day of August 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

              By: *s/ D. Fernando Bobadilla*
                D. Fernando Bobadilla, Esq.

## SERVICE LIST

J.H. Zidell, Esq.
Neil Tobak, Esq.
Rivkah Jaff, Esq.
J.B. Zidell, P.A.
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
E-mail: zabogado@aol.com