UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-22227-CIV-MORENO

SILVIA JANET BERTALMIO,

        Plaintiff,

vs.

DAIANA BAJUK and JAVIER MARKOWICZ,

        Defendants.
_____/

## ORDER GRANTING MOTION TO COMPEL DISCOVERY AND ORDER DENYING MOTION FOR SANCTIONS

THIS CAUSE came before the Court upon Plaintiff's Motion to Compel Discovery and for Sanctions (**D.E. 33**), filed on **September 6, 2018**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** as follows:

(1) The Motion to compel discovery is GRANTED. Defendants must respond to discovery by October 5, 2018, which was the deadline previously set by the Court.

(2) The Motion for Sanctions is DENIED with leave to refile if Defendants fails to respond by October 5, 2018.

DONE AND ORDERED in Chambers at Miami, Florida, this ___/s/___ of ~~September~~ October 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record